

**UNITED STATES BANKRUPTCY COURT**
**District of New Jersey (TRENTON)**

IN RE:

    LEROY HUMMEL
    SSN:xxx-xx-1866


    ANITA HUMMEL
    SSN:xxx-xx-2576

    Debtor(s)        Case No. 09-33098
                              (Chapter 13)

**NOTICE OF CHANGE OF ADDRESS OF CREDITOR**

**OLD ADDRESS**:

    SPRINGLEAF FINANCIAL SERVICES F/K/A AMERICAN GENERAL FINANCE
    (Name)

    4000 ROUTE 130 SUITE 17
    (Street Address or P.O. Box No.)

    DELRAN, NJ 08075-2405
    (City, State, Zip Code)


**NEW ADDRESS**:

    SPRINGLEAF FINANCIAL SERVICES
    (Street Address or P.O. Box No.)

    P.O. BOX 3251
    (Street Address or P.O. Box No.)

    EVANSVILLE, IN 47731-3251
    (City, State, Zip Code)

    (800) 266-9800
    (Area Code/Phone Number)

    /S/ JAMIE BARNETT
    (Signature)

    BANKRUPTCY CUSTOMER SUPPORT
    (Title)